| | | | |
|---|---|---|---|
| Com. v. Bourgeois | 1248 MDA 2014 Reversed, Vacated and Remanded | 07/29/2016 | CP–36–CR–0004224–2001 CP–36–CR–0004975–2001 (Lancaster) |
| Com. v. Delvalles–Vincente | 880 MDA 2015 Affirmed | 07/29/2016 | CP–67–CR–0001780–2014 (York) |
| Com. v. Brown | 1897 WDA 2014 Remanded Jurisdiction Retained | 07/29/2016 | CP–02–CR–0013099–2006 (Allegheny) |
| T.R.G. v. C.R.W. | 1796 WDA 2015 Affirmed | 07/29/2016 | F.D. 11–006272–008 (Allegheny) |
| Com. v. Kuhns [54] | 1909 WDA 2015 Affirmed | 07/29/2016 | CP–02–CR–0005268–2011 (Allegheny) |
| Com. v. Hale | 2011 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/29/2016 | CP–65–CR–0002997–2013 (Westmoreland) |
| Com. v. Hale | 2013 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/29/2016 | CP–65–CR–0002283–2013 (Westmoreland) |
| Com. v. Coleman | 37 WDA 2016 Affirmed | 07/29/2016 | CP–43–CR–0000586–2015 (Mercer) |

54. Petition for reargument denied September 27, 2016.